UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq

636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTERO B. GONZALES

Case No: 19-17585

Adv. No.:

Hearing Date:

Judge:   KCF

## CONSENT ORDER RESOLVING OBJECTION
## TO MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 14, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

DEBTORS:            **ANTERO B. GONZALES**

CASE NO:            19-17585/KCF

ORDER CAPTION:      **CONSENT ORDER RESOLVING OBJECTION
TO MOTIONTO IMPOSE THE AUTOMATIC STAY**

**THIS MATTER** having been opened by the Court by way of Consent between Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and Kyle Eingorn, Esq., counsel to Creditor National Loan Investors, LP, and the Court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** the Automatic Stay is hereby imposed as to all Creditors of the Debtor until further Order of this Court, and further

**ORDERED,** as to National Loan Investors, LP the Automatic Stay is hereby imposed for a period of Ninety (90) days from the entry of the Order for Relief, namely April 15, 2019 upon the following condition:

a. Payment of $10,000.00, (previously paid) applied as consideration for National Loan Investors, LP agreement to adjourn a pending sheriff sale for property located at 246 South Street, Freehold New Jersey, 50% of said payment shall be credited to the outstanding loan balance due by the Debtor;

b. Payment to National Loan Investors, LP on May 15, 2019 and June 15, 2019, each in the amount of $1,857.58.

c. The Automatic Stay imposed pursuant to this Order shall expire on July 15, 2019 without further Order of this Court, allowing National Loan Investors, LP authority to proceed with a Sheriff Sale for real property located at 246 South Street, Freehold New Jersey.

**ORDERED,** that a copy of this order be served to all parties.

By: _____
Bruce W. Radowitz, Esq
Attorney for Debtor

By: _____
Kyle Eingorn, Esq
Dembo, Brown & Burns LLP
Attorney for Secured Creditor