UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq

636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTERO B. GONZALES

Case No: 19-17585

Adv. No.:

Hearing Date:

Judge: KCF

**CONSENT ORDER RESOLVING OBJECTION
TO MOTION TO IMPOSE THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 14, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

DEBTORS: ANTERO B. GONZALES

CASE NO: 19-17585/KCF

ORDER CAPTION: CONSENT ORDER RESOLVING OBJECTION TO MOTION TO IMPOSE THE AUTOMATIC STAY

---

THIS MATTER having been opened by the Court by way of Consent between Bruce W. Radowitz, Esq., counsel to the Debtors, herein, and Kyle Eingorn, Esq., counsel to Creditor National Loan Investors, LP, and the Court having reviewed the pleadings filed herein, and for good cause appearing;

ORDERED, the Automatic Stay is hereby imposed as to all Creditors of the Debtor until further Order of this Court, and further

ORDERED, as to National Loan Investors, LP the Automatic Stay is hereby imposed for a period of Ninety (90) days from the entry of the Order for Relief, namely April 15, 2019 upon the following condition:

a. Payment of $10,000.00, (previously paid) applied as consideration for National Loan Investors, LP agreement to adjourn a pending sheriff sale for property located at 246 South Street, Freehold New Jersey, 50% of said payment shall be credited to the outstanding loan balance due by the Debtor;
b. Payment to National Loan Investors, LP on May 15, 2019 and June 15, 2019, each in the amount of $1,857.58.
c. The Automatic Stay imposed pursuant to this Order shall expire on July 15, 2019 without further Order of this Court, allowing National Loan Investors, LP authority to proceed with a Sheriff Sale for real property located at 246 South Street, Freehold New Jersey.

ORDERED, that a copy of this order be served to all parties.

By: _____
Bruce W. Radowitz, Esq
Attorney for Debtor

By: _____
Kyle Eingorn, Esq
Dembo, Brown & Burns LLP
Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17585-KCF
Antero B. Gonzales, Jr.                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: May 15, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db              +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Albert  Russo     docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,
               r45676@notify.bestcase.com
              Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5