| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>BRUCE W. RADOWITZ, ESQ<br>636 CHESTNUT STREET<br>UNION, NEW JERSEY 07083<br>(908)687-2333 | Case No.: __19-17585__<br><br>Chapter: __13__ |
| In Re:<br><br>ANTERO B. GONZALES, JR | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __KCF__ |

## CERTIFICATION OF SERVICE

1. I, ____Bruce W. Radowtiz____ :

    ☒ represent ____Debtor____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____May 29, 2019____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
MOTION TO APPROVE LOAN MODIFICATION OF RUSHMORE LOAN MANAGEMENT SERVICES, LLC

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/29/2019                           /s/ Bruce W. Radowitz
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amalgamated Real Estate Management<br>c/o Ocwen Loan Servicing<br>PO Box 24781<br>West Palm Beach, FL 33416-4781 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eduardo Vidal<br>Aqua Lane<br>Barnaget, NJ | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| National Loan Investors, LP<br>5619 N. Classen Blvd<br>Oklahoma City, OK 73118-4015 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NJ Dept. of Labor and Workforce Development<br>Div. of Employer Accounts<br>PO Box 379<br>Trenton, New Jersey 08625-0379 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Div. of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rushmore Loan Management Service, LLC<br>1755 Wittington Place Ste. 400<br>Farmers Branch, TX 75234<br><br>Attention: CEO, Corporate Officer, Agent, Managing Partner or Party Designated to Accept Service | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16