| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor(s) | **Order Filed on June 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ANTERO B. GONZALES, JR | Case No: 19-17585<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: KCF |

### ORDER APPROVING THE LOAN MODIFICATION OF
### RUSHMORE LOAN MANAGEMENT SERVICES, LLC

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 14, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

DEBTORS:    Antero B. Gonzales, Jr.

CASE NO:    **19-17585/KCF**

ORDER CAPTION:    **ORDER APPROVING THE LOAN MODIFICATION OF RUSHMORE LOAN MANAGEMENT SERVICES, LLC**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Loan Modification of Rushmore Loan Management Services, LLC is approved

**ORDERED**, that a copy of this order be served to all parties.

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to the Amount paid to date by the Chapter 13 Trustee or withdraw the claim within thirty (30) days of completion of the loan modification.

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

**ORDERED** that in the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

**ORDERED** that in the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

**ORDERED** that with respect to any post- petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized

into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

**ORDERED**, the debtor shall file Amended Schedules and Modified Plan within 10 days from this Order.

**ORDERED**, that a copy of this order be served to all parties.