UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Kyle F. Eingorn, Esquire
DEMBO, BROWN & BURNS LLP
1300 Route 73, Suite 205
Mount Laurel, New Jersey 08054
keingorn@dbblegal.com
Attorneys for Secured Creditor, National Loan Investors, L.P.

Order Filed on June 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTERO B. GONZALES,

Debtor.

Case No: 19-17585

Hearing Date:

Judge:   Kathryn C. Ferguson, U.S.B.J.

## AMENDED CONSENT ORDER RESOLVING OBJECTION TO MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

DEBTOR: **ANTERO B. GONZALES**

CASE NO: **19-17585/KCF**

ORDER CAPTION: **AMENDED CONSENT ORDER RESOLVING OBJECTION TO MOTION TO IMPOSE AUTOMATIC STAY**

**THIS MATTER** having been opened by the Court by way of Consent between Bruce W. Radowitz, Esq., counsel to the Debtor, herein, and Kyle F. Eingorn, Esq., counsel to Secured Creditor, National Loan Investors, LP (the "Lender") and whereas said Consent Order [Doc 19] having provided that the automatic stay as to the Lender would expire on July 15, 2019 without further order of the Court and the parties herein having agreed to modify the terms of said Consent Order, and the Court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** the Automatic Stay remains imposed as to all Creditors of the Debtor until further Order of this Court; and further

**ORDERED**, as to the Lender, the Automatic Stay is hereby imposed for an additional period of One Hundred and Twenty (120) days from the expiration of the prior Consent Order [Doc 19], namely July 15, 2019 so that the Debtor can pursue a sale of the mortgaged real property located at 246 South Street, Freehold, New Jersey 07722 (the "Property"), upon the following conditions:

a. Debtor shall continue to make monthly payments to the Lender in the amount of $1,857.58, with each payment being due on the fifteenth (15th) day of each month beginning July 15, 2019 and continuing thereafter;
b. Within ten (10) days of the entry of this Amended Consent Order, the Debtor shall provide to the Lender a listing agreement for the sale of the Property;
c. The Debtor shall be current on his post-petition real estate taxes and maintain proper insurance on the Property;
d. Time is of the essence for each requirement of this Amended Consent Order above and each requirement shall be performed on or before the date same becomes due;
e. In the event that the Debtor fails to comply with the terms of this Amended Consent Order, Lender shall be immediately entitled to proceed with a Certification of Default by Lender's counsel; and
f. The Automatic Stay imposed pursuant to this Order shall expire on November 15, 2019 without further Order of this Court, allowing the Lender the authority to proceed with a Sheriff Sale of the Property.

ORDERED, that a copy of this order be served upon Debtor's counsel and the Chapter 13 Trustee.

By: _____
Bruce W. Radowitz, Esquire
Attorney for Debtor

By: _____
Kyle F. Eingorn, Esquire
Dembo, Brown & Burns, LLP
Attorney for National Loan Investors, L.P.