UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, NJ 07083
(908)687-2333

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTERO B. GONZALES, JR

Case No.: ___19-17585___

Judge: ___Michael B. Kaplan___

Chapter: ___13___

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF _Heritage House Sotheby's Int'l Realty_

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: July 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     Antero Gonzales, Jr.

Case No.:   19-17585/KCF

Applicant:  Antero Gonzales, Jr.

(check all that apply) ☐ Trustee: ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11      ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:      Amelita Faelnar

Address of Professional:    Heritage House Sotheby's Int'l Realty

1020 Highway #35

Middletown, NJ 07748

_____

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court
upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the
Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-17585-MBK
Antero B. Gonzales, Jr.                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 19, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db             +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2019                            Signature:   /s/Joseph Speetjens


_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
         Albert Russo    docs@russotrustee.com
         Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,
          r45676@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kyle Francis Eingorn    on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com
         Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6