UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MTGLQ Investors, L.P.

In Re:

Antero Gonzales,

Debtor.

Case No.:     19-17585-MBK

Chapter:     13

Hearing Date:     10/15/2019

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 34)

_____

Date: 8/19/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*