| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**UNITED STATES ATTORNEY'S OFFICE**<br>CRAIG CARPENITO<br>United States Attorney<br>EAMONN O'HAGAN<br>Assistant U.S. Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Tel: (973) 645-2874<br>Fax: (973) 297-2010<br><br>*Attorneys for the United States of America* | |
| In re<br><br>ANTERO B. GONZALES, JR.,<br><br>      Debtor. | Case No. 19-17585-MBK<br><br>Chapter 13<br><br>**Hearing Date: Oct. 15, 2019**<br>**Hearing Time: 10:00 a.m.**<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

   The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On September 19, 2019, I sent a copy of the following pleading to the parties listed in the chart below:

   **-Objection of Internal Revenue Service to Confirmation of Debtor's Modified Chapter 13 Plan [Docket No. 42].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date  9/24/19

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bruce W. Radowitz, Esq.<br>636 Chestnut Street<br>Union, NJ 07083<br><br>torreso78@gmail.com<br>r45676@notify.bestcase.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐ Other _____<br>(as authorized by the court *) |

2

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.