UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
BY: KYLE F. EINGORN, ESQUIRE
1300 ROUTE 73
SUITE 205
MT. LAUREL, NJ 08054
(856) 354-8866
KEINGORN@DBBLEGAL.COM
ATTORNEYS FOR NATIONAL LOAN
INVESTORS, L.P.

Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ANTERO B. GONZALES,

    Debtor.

Chapter 13
Case No. 19-17585-MBK
The Honorable Michael B. Kaplan, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 8, 2019**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Certification of Default of National Loan Investors, L.P. (the "Lender") seeking relief from the automatic stay due to the Debtor's default under the terms of the June 27, 2019 Amended Consent Order Resolving Objection to Motion to Impose the Automatic Stay [Doc 29] and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known 246 South Street, Freehold, New Jersey. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of Freehold Township, County of Monmouth and State of New Jersey.**

| Block Number | Lot(s) Number |
|---|---|
| 52 | 2 |

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.