| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

**Order Filed on January 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTERO GONZALES

| | |
|---|---|
| Case No.: | 19-17585 |
| Hearing Date: | |
| Judge: | MBK |
| Chapter: | 13 |

2ND AMENDED
**ORDER CONVERTING CASE TO CHAPTER 11**

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

**DATED: January 4, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ DEBTOR ANTERO GONZALES _____ and for good cause shown, it is

ORDERED that this case is converted from chapter ___13___ to chapter 11, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- ☒ ORDERED that if the movant is the debtor, and the filing fee for the underlying motion to convert has not been paid, the fee in the amount of ___$932.00___ is due immediately. If the fee is not paid within 14 days of the date of this order the case will be dismissed without further notice, and it is further

- ☐ ORDERED that if the case is converting from chapter 7, and the filing fee under that chapter was waived via prior order of this court, the Order is hereby revoked and the debtor must pay the chapter 11 filing fee in the amount of _____ in full or if the debtor is an individual, file an Application to Pay in Installments within 14 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that:

- ☐ the United State Trustee shall immediately appoint a chapter 11 trustee in this case, and it is further

ORDERED that the chapter ___13___ trustee shall:

- immediately turnover to the debtor, or the chapter 11 trustee if one has been appointed, all records and property of the estate in his/her custody or control,

- ❏ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

- ☒ within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

- ❏ the conversion is conditioned upon payment by the debtor(s) of all allowed chapter __13__ administrative expenses within __30__ days, and it is further

ORDERED that:

- ☒ the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- • if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),

- • a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d), and it is further

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

ORDERED THAT THE CHPATER 13 TRUSTEE SHALL PAY BRUCE W RADOWITZ ESQ FOR LEGAL FEES IN CONNECTION WITH THE CHAPTER 13 FILING IN THE AMOUNT OF $4750.00 FROM FUNDS OF THE ESTATE WITHIN 30 DAYS

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Antero B. Gonzales, Jr.  
    Debtor

Case No. 19-17585-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 06, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db           +Antero B. Gonzales, Jr.,   30 Mayberry Drive,   Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:

            Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,
              r45676@notify.bestcase.com
            Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
              eamonn.ohagan@usdoj.gov
            Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
            Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
            Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
            Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
             Valerie.Hamilton@law.njoag.gov
            Valerie A. Hamilton    on behalf of Creditor    New Jersey Department of Labor, Division of
             Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov
                                                                                                               TOTAL: 9