UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

Antero B. Gonzales, Jr.                                          :   Case No.  19-17585    -MBK

Chapter 11

NOTICE OF STATUS CONFERENCE

The court will hold a status conference on:    March 26, 2020    **at 10:00AM**
Courtroom # 8
US Bankruptcy Court
Federal Courthouse
402 E. State St.
Trenton NJ 08608

The purpose of the meeting will be to discuss case management issues.

The debtor is requested to notify all parties in interest who it anticipates will play a major role in this case including all secured creditors, creditors committee members and the United States Trustee.  All parties interested in this case are requested to attend.

**ATTENDANCE IS REQUIRED**.

Thank you for your cooperation.

JEANNE A. NAUGHTON, CLERK
UNITED STATES BANKRUPTCY COURT

Copy served to: Attorney for Debtor and U.S. Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Antero B. Gonzales, Jr.  
    Debtor

Case No. 19-17585-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 28, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.  
db         +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:

         Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,  
           r45676@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)  
           eamonn.ohagan@usdoj.gov  
         Kyle Francis Eingorn    on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com  
         Margaret Mcgee    on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov  
         Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation  
           Valerie.Hamilton@law.njoag.gov  
         Valerie A. Hamilton    on behalf of Creditor    New Jersey Department of Labor, Division of  
           Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov  
                                                                 TOTAL: 9