UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BRUCE W. RADOWITZ, ESQ
636 CHESTNUT STREET
UNION, NEW JERSEY 07083
(908)687-2333
BRUCE W. RADOWITZ, ESQ
ATTORNEY FOR DEBTOR

Order Filed on March 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTERO B. GONZALES, JR.
Dba. I.M. CARE OF BRICK and FREEHOLD

Case No.: _____19-17585_____

Adv. No.: _____

Hearing Date: _____

Judge: _____MBK_____

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 27, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the request of ___BRUCE W. RADOWITZ, ESQ___, to seal the following document(s),

#61 Monthly Operating Report (LIST OF PATIENT'S NAME)

and the court having considered the request and any objection there to, it is hereby

❑ ORDERED that the request is denied and the underlying document(s) shall be deleted from the Court's electronic filing system.

❑ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*new.5/1/15*