UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

**Order Filed on March 27, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Antero B. Gonzales, Jr.,

Debtor.

Case No.: 19-17585 (MBK)

Chapter 11

Hearing Date: March 26, 2020 at 10:00 a.m.

Judge: Hon. Michael B. Kaplan

## ORDER PURSUANT TO 11 U.S.C. § 1104 DIRECTING
## THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: March 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Antero B. Gonzales, Jr.

Chapter 11 Case No. 19-17585 (MBK)

**Order Pursuant to 11 U.S.C. § 1104 Directing the Appointment of a Chapter 11 Trustee**

_____

This matter having been opened to the Court for a Status Conference and the Court having considered the statements on the record, and the Court having found cause, *sua sponte*, under 11 U.S.C. § 1104(a) for the appointment of a Chapter 11 Trustee and having found it in the best interest of creditors; it is hereby:

**ORDERED** that the United States Trustee is directed to appoint a chapter 11 trustee in the above-referenced case.