| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Martha R. Hildebrandt, Esq.<br>Maggie McGee, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Maggie.McGee@usdoj.gov | **Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Antero B. Gonzales,<br><br>Debtor. | Case No.: 19-17585 (MBK) Chapter 11<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br>BY UNITED STATES TRUSTEE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Michael B. Kaplan<br>United States Bankruptcy Judge

(Page 2)

Antero B. Gonzales

Chapter 11, Case No. 19-17585 (MBK)

Order Approving the Appointment of a Chapter 11 Trustee

_____

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of John M. McDonnell in the above captioned case, it is hereby

**ORDERED** that the appointment of John M. McDonnell as the Chapter 11 trustee is **APPROVED.**