UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

**Order Filed on March 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Antero B. Gonzales, Jr.,

Debtor.

Case No.: 19-17585 (MBK)

Chapter 11

Hearing Date: March 26, 2020 at 10:00 a.m.

Judge: Hon. Michael B. Kaplan

### ORDER PURSUANT TO 11 U.S.C. § 1104 DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: March 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Antero B. Gonzales, Jr.

Chapter 11 Case No. 19-17585 (MBK)

**Order Pursuant to 11 U.S.C. § 1104 Directing the Appointment of a Chapter 11 Trustee**
_____

This matter having been opened to the Court for a Status Conference and the Court having considered the statements on the record, and the Court having found cause, *sua sponte*, under 11 U.S.C. § 1104(a) for the appointment of a Chapter 11 Trustee and having found it in the best interest of creditors; it is hereby:

**ORDERED** that the United States Trustee is directed to appoint a chapter 11 trustee in the above-referenced case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17585-MBK
Antero B. Gonzales, Jr.                                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: Mar 30, 2020
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
db             +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Kyle Francis Eingorn    on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com
              Margaret Mcgee    on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Department of Labor, Division of
               Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 9