| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Martha R. Hildebrandt, Esq.<br>Maggie McGee, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Maggie.McGee@usdoj.gov | **Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Antero B. Gonzales,<br><br>Debtor. | Case No.: 19-17585 (MBK) Chapter 11<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

### ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Antero B. Gonzales

Chapter 11, Case No. 19-17585 (MBK)

Order Approving the Appointment of a Chapter 11 Trustee

_____

    The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of John M. McDonnell in the above captioned case, it is hereby

    **ORDERED** that the appointment of John M. McDonnell as the Chapter 11 trustee is **APPROVED.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17585-MBK
Antero B. Gonzales, Jr.                                                   Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 01, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db              +Antero B. Gonzales, Jr.,   30 Mayberry Drive,   Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kyle Francis Eingorn    on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com
              Margaret Mcgee    on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Department of Labor, Division of
               Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 11