Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17585−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   aka I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Brian Thomas Crowley on behalf of John Michael McDonnell.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:          June 11, 2020
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: May 12, 2020
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Antero B. Gonzales, Jr.  
    Debtor

Case No. 19-17585-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 12, 2020  
                       Form ID: 169     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.
```
db              +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739
r               +Amelita Faelnar,    Heritage House Sotheby's Intl Realty,    1020 Highway #35,
                  Middletown, NJ 07748-2604
cr              +National Loan Investors, LP,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                  Mount Laurel, NJ 08054-2200
cr              +New Jersey Department of Labor, Division of Employ,    1 John Fitch Plaza,    P.O. Box 951,
                  Trenton, NJ 08611-1760
518182787        Amalgamated Real Estate Management,    c/o Ocwen Loan Servicing,    PO Box 24781,
                  West Palm Beach, FL 33416-4781
518317787       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
518204031        NJ Dept. of Labor and Workforce Development,    Div. of Employer Accounts,    PO Box 379,
                  Trenton, New Jersey 08625-0379
518307552       +National Loan Investors, LP,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                  Mt. Laurel, NJ 08054-2200
518182790        National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
518230463       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                  Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518244685        State of New Jersey,    Div. of Employer Accounts,    PO Box 379,    Trenton, NJ  08625-0379
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 12 2020 23:38:47     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2020 23:38:45     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 23:38:07
                  United States of America (Internal Revenue Service,    U.S. Attorneys Office,
                  970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518183277        Eduardo Vidal,    Aqua Lane,    Barnaget, NJ
smg*            ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                  Springfield, NJ  07081-0724)
518182788*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182789*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182791*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Divison of Taxation,    PO Box 245,
                  Trenton, NJ 08695)
518182792*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Divison of Taxation,    PO Box 245,
                  Trenton, NJ 08695)
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                Page 2 of 2                  Date Rcvd: May 12, 2020
                                Form ID: 169               Total Noticed: 14
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

        Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com

        Bruce W. Radowitz   on behalf of Debtor Antero B. Gonzales, Jr. torreso78@gmail.com, r45676@notify.bestcase.com

        Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Eamonn O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

        John Michael McDonnell   jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com

        Kyle Francis Eingorn   on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com

        Margaret Mcgee   on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov

        Rebecca Ann Solarz   on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        Valerie A. Hamilton   on behalf of Creditor   New Jersey Department of Labor, Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov

        Valerie A. Hamilton   on behalf of Creditor   New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

        TOTAL: 11