UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor(s)

**Order Filed on June 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTERO B. GONZALES, JR.
Dba. I.M. CARE OF BRICK and FREEHOLD

Case No.: 19-17585

Adv. No.:

Hearing Date:

Judge:   MBK

## ORDER TO BE RELIEVED AS COUNSEL

The relief set forth on the following pages, numbered two (2) through   TWO (2) is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page Two

Debtor:     ANTERO B. GONZALES, JR. Dba. I.M. CARE OF BRICK and FREEHOLD

Case No:    19-17585/MBK

CAPTION:    ORDER TO BE RELIEVED AS COUNSEL

    This matter having been opened to the Court by way of Motion and Application by Bruce W. Radowitz, Esq. seeking an Order to be relieved as counsel to the Debtor and the Court having considered the Application, and for good cause having been shown,

    **ORDERED**, that Bruce W. Radowitz, Esq. is hereby Relieved as Counsel to the Debtor, and further,

    **ORDERED**, that the Clerk of the Court shall remove the Law Firm of Bruce W. Radowitz, Esq. as counsel of record for the Debtor,

    **ORDERED**, that Bruce W. Radowitz, Esq. shall file any Fee Application within Twenty (20) days. And further

    **ORDERED**, that a copy of this Order be served on all parties in interest.