**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,
Chapter 11 Trustee*



**Order Filed on June 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-17585 (MBK) |
| ANTERO B. GONZALES, JR., | Honorable Michael B. Kaplan |
| Debtor. | Chapter 11 |

**ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE
TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE,
PURSUANT TO 11 U.S.C. §§ 105 AND 1112 AND GRANTING SUCH OTHER
RELIEF AS THE COURT DEEMS JUST, PROPER, AND EQUITABLE**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 12, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (MBK) |
| Caption of Order: | Order Converting Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. §§ 105 and 1112 and Granting such other relief as the Court deems just, proper, and equitable |

**UPON** the Motion[1] of John M. McDonnell, the chapter 11 trustee (the "Trustee") in the chapter 11 case of Antero B. Gonzales, Jr.[2] (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, and the application (the "Application") filed in support of the motion (the "Motion"), pursuant to sections 105 and 1112 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), for entry of an order (i) converting this chapter 11 case to a case under chapter 7 of the Bankruptcy Code and (ii) granting such other relief as this Court deems just, proper, and equitable; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157, (iii) the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors, (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that:

1. This case commenced under chapter 11 of the Bankruptcy Code be and hereby is converted to a case under chapter 7 pursuant to Amended Chapter 11 Conversion Order and sections 1112 and 105(a) as of the date hereof; and

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.
[2] A/K/A I.M. Care of Brick and Freehold.

Case 19-17585-MBK    Doc 84    Filed 06/12/20    Entered 06/16/20 13:39:53    Desc Main
Document    Page 3 of 3

(Page 3)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (MBK) |
| Caption of Order: | Order Converting Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. §§ 105 and 1112 and Granting such other relief as the Court deems just, proper, and equitable |

---

2. The Debtor shall turnover to any subsequently appointed chapter 7 trustee all income earned from March 31, 2020 through the date of entry of this Order, within (7) days after the appointment of any chapter 7 trustee, pursuant to section 1115 of the Bankruptcy Code.

3. The Office of the United States Trustee be, and hereby is, authorized to appoint a chapter 7 trustee.