**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 11 Trustee*

Order Filed on June 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Case No. 19-17585 (MBK) |
|---|---|
| ANTERO B. GONZALES, JR., | Honorable Michael B. Kaplan |
| Debtor. | Chapter 11 |

**ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, PURSUANT TO 11 U.S.C. §§ 105 AND 1112 AND GRANTING SUCH OTHER RELIEF AS THE COURT DEEMS JUST, PROPER, AND EQUITABLE**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 12, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (MBK) |
| Caption of Order: | Order Converting Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. §§ 105 and 1112 and Granting such other relief as the Court deems just, proper, and equitable |

---

**UPON** the Motion[1] of John M. McDonnell, the chapter 11 trustee (the "Trustee") in the chapter 11 case of Antero B. Gonzales, Jr.[2] (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, and the application (the "Application") filed in support of the motion (the "Motion"), pursuant to sections 105 and 1112 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), for entry of an order (i) converting this chapter 11 case to a case under chapter 7 of the Bankruptcy Code and (ii) granting such other relief as this Court deems just, proper, and equitable; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157, (iii) the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors, (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that:

1. This case commenced under chapter 11 of the Bankruptcy Code be and hereby is converted to a case under chapter 7 pursuant to Amended Chapter 11 Conversion Order and sections 1112 and 105(a) as of the date hereof; and

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.
[2] A/K/A I.M. Care of Brick and Freehold.

(Page 3)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (MBK) |
| Caption of Order: | Order Converting Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. §§ 105 and 1112 and Granting such other relief as the Court deems just, proper, and equitable |

---

2.  The Debtor shall turnover to any subsequently appointed chapter 7 trustee all income earned from March 31, 2020 through the date of entry of this Order, within (7) days after the appointment of any chapter 7 trustee, pursuant to section 1115 of the Bankruptcy Code.

3.  The Office of the United States Trustee be, and hereby is, authorized to appoint a chapter 7 trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-17585-MBK
Antero B. Gonzales, Jr.                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 16, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db            +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
    Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com
    Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
    John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
    Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
    Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
    Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov
    Valerie A. Hamilton    on behalf of Creditor    New Jersey Department of Labor, Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov
                                                                                                                                                                         TOTAL: 10