UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
GONZALES, Antero B., Jr.

Case No.: 19-17585  
Chapter: 7  
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| United States Bankruptcy Court Clerk<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable  Michael B. Kaplan, Chief Judge  on   August 6, 2020   at   10:00   a.m. at the United States Bankruptcy Court, Courtroom no.   8  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 30 Mayberry Street (1/2 owner)<br>Tinton Falls, New Jersey<br><br>FMV=$550,000 |
|---|---|

| Liens on property: | Lien Amount=$610,000<br><br>Minus 10% Cost of Sale |
|---|---|

| Amount of equity claimed as exempt: $25, 150 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:  John Michael McDonnell, Trustee  
Address:  115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-17585-MBK
Antero B. Gonzales, Jr.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 24, 2020
                              Form ID: pdf905          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db             +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739
r              +Amelita Faelnar,   Heritage House Sotheby's Intl Realty,    1020 Highway #35,
                 Middletown, NJ 07748-2604
cr             +National Loan Investors, LP,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr             +New Jersey Department of Labor, Division of Employ,    1 John Fitch Plaza,    P.O. Box 951,
                 Trenton, NJ 08611-1760
518182787       Amalgamated Real Estate Management,    c/o Ocwen Loan Servicing,    PO Box 24781,
                 West Palm Beach, FL 33416-4781
518317787      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
518204031       NJ Dept. of Labor and Workforce Development,    Div. of Employer Accounts,    PO Box 379,
                 Trenton, New Jersey 08625-0379
518307552      +National Loan Investors, LP,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mt. Laurel, NJ 08054-2200
518182790       National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
518230463      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518244685       State of New Jersey,    Div. of Employer Accounts,    PO Box 379,    Trenton, NJ  08625-0379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2020 00:38:58      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2020 00:38:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 25 2020 00:38:25
                 United States of America (Internal Revenue Service,     U.S. Attorneys Office,
                 970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518183277       Eduardo Vidal,    Aqua Lane,    Barnaget, NJ
518182788*      Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182789*      Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182791*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Divison of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
518182792*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Divison of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 2 of 2                Date Rcvd: Jun 24, 2020
                                  Form ID: pdf905            Total Noticed: 14
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
        Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
         bcrowley@mcdonnellcrowley.com
        Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eamonn O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service)
         eamonn.ohagan@usdoj.gov
        John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
         NJ95@ecfcbis.com,bcrowley@mchfirm.com
        John Michael McDonnell   jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
        Kyle Francis Eingorn   on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com
        Margaret Mcgee   on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
        Rebecca Ann Solarz   on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton   on behalf of Creditor   New Jersey Department of Labor, Division of
         Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov
        Valerie A. Hamilton   on behalf of Creditor   New Jersey Division of Taxation
         Valerie.Hamilton@law.njoag.gov

                                                                                                                                                       TOTAL: 12