Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−17585−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   aka I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 25, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 97 − 89
Order Granting Application to Employ Bederson, LLP as Accountant (Related Doc # 89). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/25/2020. (ghm)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 25, 2020
JAN: ghm

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Antero B. Gonzales, Jr.  
    Debtor

Case No. 19-17585-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 25, 2020  
                      Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
acc          +Bederson, LLP,   347 Mt. Pleasant Avenue,   West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:

        Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com  
        Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eamonn O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
        John Michael McDonnell   jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
        John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com  
        Kyle Francis Eingorn   on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com  
        Margaret Mcgee   on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov  
        Rebecca Ann Solarz   on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        Valerie A. Hamilton   on behalf of Creditor   New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov  
        Valerie A. Hamilton   on behalf of Creditor   New Jersey Department of Labor, Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov  
                                                                                                  TOTAL: 12