UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-17585 (KCF) |
| ANTERO B. GONZALES, JR. | | |
| | Chapter: | <u>7</u> |
| | Judge: | Kathryn C. Ferguson |

---

### NOTICE OF PROPOSED PRIVATE SALE

---

<u>John M. McDonnell</u>, <u>Chapter 7 Trustee</u>, in this case proposes to sell property of the estate to the persons and on the terms described below.If you objectto the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed belownot later than 7 days before the hearing date.

**Address of the Clerk:**

United States Bankruptcy Court

Office of the Clerk Clarkson S. Fisher US Courthouse

402 East State Street, Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson   on <u>September 29, 2020</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, courtroom no. <u>2</u>,  U.S. Bankruptcy Court 402 E. State Street, Trenton NJ_.(Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** The estate's interest in certain real property located at 246 South Street, Freehold Township, New Jersey 07728.

**Proposed Purchaser:** 246 South Street, LLC

**Sale price:** $350,000.  This sale amount reflects the entire gross sale price of the commercial property.

X Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Ruggeri Realty, LLC (the "Trustee's Realtor").

**Amount to be paid:** Nine (9%) percent of the purchase price of commercial property.

**Services rendered:** Trustee's Realtor is the real estate broker for the Trustee.  The commission paid is pursuant to the Bankruptcy Court's Order regarding the retention of Trustee's Realtor and reflects Trustee's Realtor's efforts to sell the commercial property. See Docket Nos. 91 and 104.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections mustbe served on, and requests for additional information directed to:

Name:       McDonnell Crowley, LLC

Address:       115 Maple Ave., Red Bank, NJ 07701

Telephone No.: (732)383-7233

2

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-17585-KCF
Antero B. Gonzales, Jr.                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 28, 2020
                             Form ID: pdf905           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db              +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739
r               +Amelita Faelnar,   Heritage House Sotheby's Intl Realty,    1020 Highway #35,
                 Middletown, NJ 07748-2604
acc             +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr              +National Loan Investors, LP,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr              +New Jersey Department of Labor, Division of Employ,    1 John Fitch Plaza,    P.O. Box 951,
                 Trenton, NJ 08611-1760
r               +Ruggeri Realty, LLC,   Attn: Vivian Ruggeri,    1801 Boulevard,    Seaside Park, NJ 08752-1210
518182787        Amalgamated Real Estate Management,    c/o Ocwen Loan Servicing,    PO Box 24781,
                 West Palm Beach, FL 33416-4781
518317787       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
518204031        NJ Dept. of Labor and Workforce Development,    Div. of Employer Accounts,    PO Box 379,
                 Trenton, New Jersey 08625-0379
518307552       +National Loan Investors, LP,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mt. Laurel, NJ 08054-2200
518182790        National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
518230463       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518244685        State of New Jersey,   Div. of Employer Accounts,    PO Box 379,    Trenton, NJ  08625-0379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2020 01:45:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:44:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr               E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 29 2020 01:44:28
                 United States of America (Internal Revenue Service,    U.S. Attorneys Office,
                 970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
518931031       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2020 01:44:58      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                              TOTAL: 4

                *****  BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518183277        Eduardo Vidal,   Aqua Lane,    Barnaget, NJ
518182788*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182789*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
518182791*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Divison of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
518182792*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Divison of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
                                                                              TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:   /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2020
                             Form ID: pdf905           Total Noticed: 17

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:

    Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
    bcrowley@mcdonnellcrowley.com

    Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com

    Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
    eamonn.ohagan@usdoj.gov

    John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
    NJ95@ecfcbis.com,bcrowley@mchfirm.com

    John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com

    Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com

    Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov

    Peter Broege    on behalf of Debtor Antero B. Gonzales, Jr. pbroege@bnfsbankruptcy.com,
    G1580@notify.cincompass.com

    Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com

    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

    Valerie A. Hamilton    on behalf of Creditor    New Jersey Department of Labor, Division of
    Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov

    Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
    Valerie.Hamilton@law.njoag.gov

                                                            TOTAL: 13