McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on October 13, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ANTERO B. GONZALES, JR.,<br><br>        Debtor. | Case No. 19-17585 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

### CONSENT ORDER EXTENDING
### THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
### THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: October 13, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (KCF) |
| Caption of Order: | Consent Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

---

**THIS MATTER** having been brought before the Court upon the Motion[1] of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Antero B. Gonzales, Jr.[2], the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order, pursuant to sections 105 and 727 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including **November 13, 2020**.

*[The Remainder Of This Page Has Been Intentionally Left Blank]*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.
[2] A/K/A I.M. Care of Brick and Freehold.

(Page 3)
Debtor:              Antero B. Gonzales, Jr.
Case No.:            19-17585 (KCF)
Caption of Order:    Consent Order Extending the Time For the Chapter 7 Trustee and/or the United States
                     Trustee to Object to the Debtor's Discharge

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

**MCDONNELL CROWLEY, LLC**
*Counsel to John M. McDonnell, not individually or personally, but as Chapter 7 Trustee for Antero B. Gonzales, Jr.*

By: _____

Name: BRIAN T. CROWLEY

Date: 9/9/2020

**BROEGE NEUMANN FISCHER & SHAVER LLC**
*Counsel for Debtor, Antero B. Gonzales, Jr.*

By: _____

Name: PETER J. BROEGE

Date: 8.18.20