FILING ATTORNEY'S NAME:
MICHAEL R. STANZIONE, ESQ.-ID#003712012
HIERING, DUPIGNAC, STANZIONE & DUNN, P.C.
236 Washington Street
Toms River, NJ 08753
732-349-1212
Attorneys for Objector Compound Properties, LLC

FILED
JEANNE A. NAUGHTON, CLERK
OCT 2 8 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

In re:

Antero B. Gonzales, JR.,

      Debtor.

United States Bankruptcy Court
For the District of New Jersey

CASE NO. 19-17585 (KCF

Honorable Kathryn C. Ferguson

NOTICE OF OBJECTION

TO:    Honorable Kathryn C. Ferguson
United State Bankruptcy Judge
United States Court House
402 East State Street
Trenton, NJ 08608

**PLEASE TAKE NOTICE** that the undersigned, attorney for the Objector, Compound Properties, LLC, is filing a limited objection to the sale motion filed by Brian T. Crowley Esquire, Counsel to the Chapter 7 Trustee. Compound Properties, LLC is submitting an all cash higher and better offer of $285,000.00 for the property commonly known as 246 South Street, Freehold, New Jersey 07728.

                                                HIERING, DUPIGNAC, STANZIONE,
                                                & DUNN, P.C.
                                                **Attorneys for Plaintiff**

                                        By: _____
                                                  MICHAEL R. STANZIONE

Dated:   October 26, 2020

S:\WPDOCS\REALESTATE\Compound Properties, LLC - General\Notice of Objection to Sale of Estate's Interest in Certain Real Property located at 246 South Street Freehold.docx

**Hiering, Dupignac,
Stanzione & Dunn, P.C.**
ATTORNEYS AT LAW

William T. Hiering
(1946–2005)

Frank J. Dupignac, Jr.

Richard D. Stanzione

Lynne A. Dunn
Also Admitted in FL & PA
Rule 1:40 Qualified Mediator

Paige E. Baran
Also Admitted in NY

Michael R. Stanzione
Also Admitted in PA

Yuliya V. Tedeschi
Also Admitted in PA

October 27, 2020

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge
United States Court House
402 East State Street, Courtroom #2
Trenton, NJ  08608

RE:   In Re: Antero B. Gonzales, Jr.
      Case No. 19-17585 (KCF)

Dear Judge Ferguson:

Please be advised that I represent the Objector, Compound Properties, LLC, in connection with the above captioned matter. Enclosed please find an original and one copy of Notice of Objection for filing. I would respectfully request a "filed" copy of the same be forwarded to me in the enclosed self-addressed stamped envelope.

Respectfully submitted,

HIERING, DUPIGNAC, STANZIONE
& DUNN, P.C.

MICHAEL R. STANZIONE

MRS/mm
Enclosures
S:\WPDOCS\REALESTATE\Compound Properties, LLC - General\10-27-2020 ltr to Judge Ferguson with Notice of Objection.docx