**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on December 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-17585 (KCF) |
| ANTERO B. GONZALES, JR., | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

## SECOND CONSENT ORDER EXTENDING
## THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
## THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: December 15, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Antero B. Gonzales, Jr.
Case No.:          19-17585 (KCF)
Caption of Order:  Second Consent Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge

---

**THIS MATTER** having been brought before the Court upon the Motion[1] of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Antero B. Gonzales, Jr.[2], the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order, pursuant to sections 105 and 727 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including **December 15, 2020**.

*[The Remainder Of This Page Has Been Intentionally Left Blank]*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.
[2] A/K/A I.M. Care of Brick and Freehold.

(Page 3)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (KCF) |
| Caption of Order: | Second Consent Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

___

**ORDERED** that the further extensions to the filing of an extension to file a complaint objecting to the discharge of the Debtor may be granted, subject to the further approval of the Court and the Trustee reserves his rights to respond to any objection.

**AGREED AND STIPULATED:**

| | |
|---|---|
| **MCDONNELL CROWLEY, LLC** | **BROEGE NEUMANN FISCHER & SHAVER LLC** |
| *Counsel to John M. McDonnell, not individually or personally, but as Chapter 7 Trustee for Antero B. Gonzales, Jr.* | *Counsel for Debtor, Antero B. Gonzales, Jr.* |

By:  /s/   *Brian T. Crowley*              By:  */s/ Peter J. Broege*

Name: BRIAN T. CROWLEY              Name: PETER J. BROEGE

Date:     November 12, 2020              Date:     November 12, 2020

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-17585-KCF
Antero B. Gonzales, Jr.  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Dec 15, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID      Recipient Name and Address**
db      + Antero B. Gonzales, Jr., 30 Mayberry Drive, Tinton Falls, NJ 07724-9739

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name      Email Address**

Brian Thomas Crowley
     on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Denise E. Carlon
     on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
     on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

John Michael McDonnell
     jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

Kyle Francis Eingorn
     on behalf of Creditor National Loan Investors  LP keingorn@dbblegal.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Peter Broege
    on behalf of Debtor Antero B. Gonzales Jr. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ Investors LP rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Department of Labor Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov

TOTAL: 13