**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

**Order Filed on January 19, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>ANTERO B. GONZALES, JR.,<br><br>Debtor. | Case No. 19-17585 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |
|---|---|

### ORDER FIXING DEADLINE TO FILE CHAPTER 11 AND/OR CHAPTER 13 ADMINISTRATIVE EXPENSE CLAIMS AND/OR CHAPTER 11 AND/OR CHAPTER 13 PROFESSIONAL FEE APPLICATIONS; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2) through five (5), is hereby

**ORDERED**.

**DATED: January 19, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:           Antero B. Gonzales, Jr.

Case No.:         19-17585 (KCF)

Caption of Order: Order Fixing Deadline to file Chapter 11 and/or Chapter 13 Administrative Expense Claims and/or Chapter 11 and/or Chapter 13 Professional Fee Applications; and granting related relief

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Antero B. Gonzales, Jr.[1], the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion seeking entry of an order fixing a deadline to file any administrative expense claims and/or professional fee applications under chapter 11 and/or chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), pursuant to sections 105, 330, and 503 of the Bankruptcy Code and Rule 3001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and D.N.J. LBR 2016-1, 2016-5, and 3001-1, and granting related relief; and the Court having reviewed the pleadings filed and objections thereto, if any; and good cause having been shown, it is hereby

**IT IS ORDERED** that the Motion is hereby granted; and it is further

**IT IS ORDERED** that all administrative fee expense claims pursuant to chapter 11 and/or chapter 13 of the Bankruptcy Code must be filed with the Court and served upon the Trustee no later than February 2, 2021 at 5:00 p.m. (E.S.T.) (the "Chapter 11/13 Administrative Bar Date"); and it is further

**ORDERED** that all fee applications under chapter 11 and/or chapter 13 of the Bankruptcy Code must be filed no later than the Chapter 11/13 Administrative Bar Date; and it is further

**ORDERED** the last day by which persons and/or entities may file proofs of Administrative Claims (defined below) for claims arising under sections 11 and/or 13 of the

---

[1] A/K/A I.M. Care of Brick and Freehold.

(Page 3)

Debtor:         Antero B. Gonzales, Jr.

Case No.:       19-17585 (KCF)

Caption of Order:   Order Fixing Deadline to file Chapter 11 and/or Chapter 13 Administrative Expense Claims and/or Chapter 11 and/or Chapter 13 Professional Fee Applications; and granting related relief

---

Bankruptcy Code must be filed no later than the Chapter 11/13 Administrative Bar Date; and it is further

**ORDERED** for purposes of this Order, an "Administrative Claim" and/or "Administrative Claims" is a "claim" as defined in section 101(5)) of the Bankruptcy Code for payment of an administrative claim and/or expense and entitled to priority as set forth in sections 503 and 507 of the Bankruptcy Code that arose in the Debtor's previous chapter 11 and/or chapter 13 bankruptcy cases; and it is further

**ORDERED** all entities, including, without limitation, professionals, individuals, partnerships, corporations, joint ventures, estates, and/or trusts (each, a "Person" and collectively, "Persons"), holding Administrative Claims must file proof of such claims on and/or before the Chapter 11/13 Administrative Bar Date. Any Person that fails to file such claim request on and/or before the Chapter 11/13 Administrative Bar Date shall be forever barred, estopped and/or enjoined from filing and/or otherwise asserting such Administrative Claim against the Debtor's estate at any time after the Chapter 11/13 Administrative Bar Date. In addition: (a) any tardy and/or otherwise improperly filed Administrative Claim shall not be effective against the Debtor, the Debtor's assets, and/or the Debtor's estate; (b) the estate shall be discharged from any indebtedness and/or liability on account of any tardy and/or otherwise improperly filed Administrative Claims; and (c) Persons asserting any tardy and/or otherwise improperly filed Administrative Claims shall not, on account of such claims, be entitled to distributions, if any, from the estate's assets; and it is further

(Page 4)

Debtor:         Antero B. Gonzales, Jr.

Case No.:       19-17585 (KCF)

Caption of Order: Order Fixing Deadline to file Chapter 11 and/or Chapter 13 Administrative Expense Claims and/or Chapter 11 and/or Chapter 13 Professional Fee Applications; and granting related relief

---

**ORDERED** to be deemed properly filed, such claim and/or fee application must be filed with the Clerk of the Bankruptcy Court so as to be actually received on or before the Chapter 11/13 Administrative Bar Date. In addition, any documents supporting and/or evidencing an Administrative Claim should be attached to such claim and/or fee application. Failure to attach such supporting documents may form the basis of an objection and/or disallowance of such Administrative Claim; and it is further

**ORDERED** the establishment of the Chapter 11/13 Administrative Bar Date shall not have any effect on the General Bar Date, and/or be deemed to have extended and/or otherwise affected any other deadlines for filing claims that have been established in this chapter 7 case; and it is further

**ORDERED** the establishment of the Chapter 11/13 Administrative Bar Date shall also not have any effect on any claims, commissions, expenses, and/or professional fee applications arising under chapter 7 of the Bankruptcy Code. It recognized the Trustee and/or his professionals will file their respective fee applications after the Chapter 11/13 Administrative Bar Date and such fees, commissions, claims, and/or expenses shall not be deemed untimely for not filing such claims/fee applications on and/or before the Chapter 11/13 Administrative Bar Date. Such claims, commissions, expenses, and/or professional fee applications arising under chapter 7 of the Bankruptcy Code remain subject to approval of the Court; and it is further

**ORDERED** that this order is without prejudice to the Trustee's rights to object to any administrative expense claims and/or professional fee applications under chapter 11 and/or

(Page 5)

| | |
|---|---|
| Debtor: | Antero B. Gonzales, Jr. |
| Case No.: | 19-17585 (KCF) |
| Caption of Order: | Order Fixing Deadline to file Chapter 11 and/or Chapter 13 Administrative Expense Claims and/or Chapter 11 and/or Chapter 13 Professional Fee Applications; and granting related relief |

---

chapter 13 of the Bankruptcy Code and/or the Administrative Claim in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedures. Nothing contained in the Motion and/or this Order shall preclude the Trustee from independently objecting to and/or otherwise contesting any filed Administrative Claim on any ground and/or operate as a waiver of any of their respective legal rights and/or remedies; and it is further

**ORDERED** that the United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.