Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17585−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   aka I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:   3/11/21
Time:   02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Brian Thomas Crowley, attorney

COMMISSION OR FEES
FEES $30,868.00

EXPENSES
$600.85

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 3, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-17585-KCF
Antero B. Gonzales, Jr.                                                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 2
Date Rcvd: Feb 03, 2021              Form ID: 137              Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antero B. Gonzales, Jr., 30 Mayberry Drive, Tinton Falls, NJ 07724-9739 |
| aty | + | Michael R Stanzione, Hiering, Dupignac, Stanzione & Dunn, P.C, 236 Washington Street, Toms River, NJ 08753-7585 |
| r | + | Amelita Faelnar, Heritage House Sotheby's Intl Realty, 1020 Highway #35, Middletown, NJ 07748-2604 |
| acc | + | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | National Loan Investors, LP, Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | New Jersey Department of Labor, Division of Employ, 1 John Fitch Plaza, P.O. Box 951, Trenton, NJ 08611-1760 |
| r | + | Ruggeri Realty, LLC, Attn: Vivian Ruggeri, 1801 Boulevard, Seaside Park, NJ 08752-1210 |
| 518182787 | | Amalgamated Real Estate Management, c/o Ocwen Loan Servicing, PO Box 24781, West Palm Beach, FL 33416-4781 |
| 518317787 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518204031 | | NJ Dept. of Labor and Workforce Development, Div. of Employer Accounts, PO Box 379, Trenton, New Jersey 08625-0379 |
| 518307552 | + | National Loan Investors, LP, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mt. Laurel, NJ 08054-2200 |
| 518182790 | | National Loan Investors, LP, 5619 N. Classen Blvd, Oklahoma City, OK 73118-4015 |
| 518230463 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518244685 | | State of New Jersey, Div. of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 00:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 00:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2021 00:19:00 | United States of America (Internal Revenue Service, U.S. Attorneys Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518931031 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 00:20:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518183277 | | Eduardo Vidal, Aqua Lane, Barnaget, NJ |
| 518182788 | * | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 518182789 | * | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 518182791 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695 |
| 518182792 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Divison of Taxation, PO Box 245, Trenton, NJ 08695 |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Feb 03, 2021 Form ID: 137 Total Noticed: 18

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2021         Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Kyle Francis Eingorn | on behalf of Creditor National Loan Investors  LP keingorn@dbblegal.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Peter Broege | on behalf of Debtor Antero B. Gonzales  Jr. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Department of Labor  Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13