Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−17585−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   aka I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 26, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 164 − 145
Order Granting Application For Compensation for Bederson, LLP, fees awarded: $9,459.25, expenses awarded: $87.46 (Related Doc # 145). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/25/2021. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 26, 2021
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-17585-KCF
Antero B. Gonzales, Jr.                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                                                    Page 1 of 2
Date Rcvd: Feb 26, 2021          Form ID: orderntc                                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

**Recip ID          Recipient Name and Address**
acc              +  Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Brian Thomas Crowley
                                      on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Denise E. Carlon
                                      on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eamonn O'Hagan
                                      on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

John Michael McDonnell
                                      jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
                                      on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

Kyle Francis Eingorn
                                      on behalf of Creditor National Loan Investors  LP keingorn@dbblegal.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Peter Broege
    on behalf of Debtor Antero B. Gonzales Jr. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ Investors LP rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Department of Labor Division of Employer Accounts, Bankruptcy Unit Valerie.Hamilton@law.njoag.gov

TOTAL: 13