UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

**ORDER GRANTING CHAPTER 11 ADMINISTRATIVE FEE &
EXPENSES TO MCDONNELL CROWLEY, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 11, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed a application for fees and allowances as counsel for the chapter 11 trustee for the period of March 31, 2020 through May 20, 2020; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows with these amounts being allowed with the priority and classified as a chapter 11 administrative expense:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |

*rev.8/1/15*